CERTIFICATE OF COMPLIANCE

Pursuant to Tex. R. App. P. 9.4, I hereby certify that I used the aid of a computer and software to generate Applicant's Reply. Specifically, this document was created in WordPerfect. I used 14-point typeface for all text, except for footnotes which are in 12-point typeface. Further, I certify that this Petition and the brief contain 503 (five-hundred and three) words. In making this certificate of compliance, I am relying on the word counter used by the same WordPerfect software used to prepare the document. The word count excludes words used in following: the caption, identity of parties and counsel, statement regarding oral argument, table of contents, index of authorities, statement of the case, statement of issues presented, statement of jurisdiction, statement of procedural history, signature, proof of service, certification, certificate of compliance, and appendix.

RECEIVED
COURT OF CRIMINAL APPEALS
12/1/2015
ABEL ACOSTA, CLERK

/S/ Levi L. Spriggs

CERTIFICATE OF SERVICE

I certify that on November 30, 2015  a true and correct copy of this document was served on the parties listed below in the manner indicated.

/S/ LEVI L. SPRIGGS

Randall County District Attorney
Fax: 806.468.5566